**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGENETTE MOSBY, | ) | Case No.: CV 16-4801 DSF (PJWx) |
| Plaintiff, | ) | CV 16-4802 DSF (PJWx) |
| vs. | ) | |
| KAREN E. SCOTT, | ) | JUDGMENT |
| Defendant. | ) | |
| _____ | ) | |

On July 21, 2016, the Court denied plaintiff's Request to Proceed In Forma Pauperis, gave plaintiff thirty days to pay the filing fee, and informed plaintiff that failure to pay the fee would result in dismissal of the case. Plaintiff has failed to pay the filing fee and IT IS ORDERED that the action be dismissed.

Dated: 8/24/16

_____
Dale S. Fischer
United States District Judge